```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

ROBERT O. IDAHOSA,                *

    Plaintiff,               *

vs.                               *

                                                CASE NO. 4:20-CV-91 (CDL)

SECRETARY OF THE ARMY,            *

    Defendant.               *

## O R D E R

Robert O. Idahosa, who is proceeding pro se, brought this employment discrimination action against the Secretary of the Army. The Court previously concluded that Idahosa's complaint fails to state a claim because it does not contain any facts to support a claim for employment discrimination. Order on Mot. to Dismiss (Mar. 10, 2021), ECF No. 17. The Court, however, permitted Idahosa to file an amended complaint and instructed Idahosa to do so by March 31, 2021. Idahosa did not file an amended complaint by the deadline. Because Idahosa's complaint fails to state a claim and because Idahosa did not file an amended complaint that states a claim, this action is dismissed without prejudice.

IT IS SO ORDERED, this 5th day of April, 2021.

                                                        s/Clay D. Land
                                                        CLAY D. LAND
                                                        U.S. DISTRICT COURT JUDGE
                                                        MIDDLE DISTRICT OF GEORGIA